UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMON PURPOSE USA, INC. | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 15-1327 (KBJ) |
| THE UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, | ) |
| Federal Defendants, | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| District Defendants. | ) |

**PLAINTIFF'S CONSENT MOTION FOR WITHDRAWAL OF COMPLAINT WITHOUT PREJUDICE**

Plaintiff Common Purpose USA, Inc. submits this Consent Motion for Withdrawal of Complaint Prejudice (Consent Motion) under Federal Rule of Civil Procedure 6(b)(1) and Local Rule of District Court 7(m).

Plaintiff respectfully requests that the Court grant Plaintiff the right to withdraw the Complaint without prejudice. By Order of October 27, 2015, Plaintiff's Opposition and Reply to Defendant's Motion to Dismiss is due November 16, 2015. That Order is based on Plaintiff's showing that good cause exists due to the fact that Plaintiff's counsel is a sole practitioner scheduled for major surgery on October 26, 2015. That surgery took place as scheduled and Plaintiff's counsel is in the early phases of recovery.

Counsel's condition following total bilateral knee (both knees) joint replacement operation has affected his abilities to concentrate and to devote the time and energy required to prepare an effective opposition and reply to the District's Motion to Dismiss. This results in

several problems. The pain precludes the ability to sit or stand for the periods of time required for effective analysis, research, development of factual and legal grounds for the opposition and reply. Prescribed medication alleviates the pain to some degree, but induces drowsiness and sleep resulting in the inability to concentrate and think clearly.  Counsel has been affected with these disabilities since being discharged on October 28th.

Further complicating the situation, mandatory physical therapy sessions are required three times a week for the next 2-3 months.  These sessions are necessary, but they result in post-session exhaustion that also adversely affects the abilities to concentrate and focus whether sitting or standing.

Having no intention to impose on the time of the Court or the District's Offices, Plaintiff's Counsel proposed three alternatives to Defendant's Counsel. presented themselves.

1. A consent motion to extend the date for opposition and reply for an additional period of time beyond the current due date of November 16, 2015, e.g., December 16, 2015.
2. A consent motion to adjourn the date indefinitely based on the good faith representations of Plaintiff's counsel to advise the court and Defendant's counsel of a specified date for Plaintiff's filing of its Opposition and Reply.  This could involve a call to the court by counsel to discuss and reach agreement.
3. Plaintiff's Motion to Withdraw Without Prejudice.  This of course indicates Plaintiff's intent to refile in the future.

When these were presented to Defendant's Counsel, it was indicated that moving to withdraw without prejudice was the optimal path and consented to the filing of this Motion. Accordingly, Plaintiff respectfully requests that this Honorable Court grant this Consent Motion to Withdraw Without Prejudice. A memorandum of points and authorities in support of this Consent Motion is attached and incorporated here. A proposed order also is attached to this Consent Motion.

Dated: November __, 2015          Respectfully submitted,

CHARLES H. HELEIN

/s/ Charles H. Helein, D.C. Bar No. 81281
19309 Winmeade Dr. N111,
PMB#445
Telephone: (703) 297-7011

2

Facsimile: (571) 333-1564
E-mail: chelein@heleinlaw.com

*/s/ Andrew J. Saindon*
ANDREW J. SAINDON, D.C. Bar No. 456987
Senior Assistant Attorney General
Equity Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
   Telephone: (202) 724-6643
   Facsimile: (202) 730-1470
E-mail: andy.saindon@dc.gov

*/s/ Douglas S. Rosenbloom*
DOUG ROSENBLOOM, D.C. Bar No. 1016235
Assistant Attorney General 441
Fourth Street, NW Sixth Floor
South Washington, DC 20001
Telephone: (202) 724-1342
Facsimile: (202) 730-0623
E-mail: douglas.rosenbloom@dc.gov

   *Counsel for Defendants*