UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
COMMON PURPOSE USA, INC.            )
                                    )
            Plaintiff,              )
                                    )
       v.                           ) Civil Action No. 15-1327 (KBJ)
                                    )
THE UNITED STATES DEPARTMENT        )
OF JUSTICE, *et al.*,               )
                                    )
            Federal Defendants,     )
                                    )
DISTRICT OF COLUMBIA, *et al.*,     )
                                    )
            District Defendants.    )
_____ )

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S**
**<u>CONSENT MOTION TO WITHDRAW WITHOUT PREJUDICE</u>**

Plaintiff respectfully submits the following points and authorities in support of the Consent Motion To Withdraw Without Prejudice Plaintiff's Complaint for Declaratory Judgment.

1. Rule 7 (b) of the Federal Rules of Civil Procedure;

2. Rule 7 (m) of the Local Rules of the District Court for the District of Columbia;

3. The consent of District Defendants' Counsel to the Consent Motion;

4. Plaintiff' showing of good cause to grant this extension of time; and

5. The inherent power of the Court.

Dated: November __, 2015          Respectfully submitted,

                                  CHARLES H. HELEIN

                                  <u>/s/ *Charles H. Helein*_____</u>
                                  CHARLES H. HELEIN, D.C. Bar No. 81281
                                  The Helein Law Firm, P.C.
                                  19309 Winmeade Drive, N-111, PMB#445
                                  Lansdowne, VA 20176
                                  Telephone: (703)-297-7011
                                  Facsimile: (571) 333-1564
                                  chelein@heleinlaw.com

*Counsel for Plaintiff*