UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

COMMON PURPOSE USA, INC.      )
                              )
            Plaintiff,        )
                              )
      v.                      ) Civil Action No. 15-1327 (KBJ)
                              )
THE UNITED STATES DEPARTMENT  )
OF JUSTICE, *et al.*,         )
                              )
            Federal Defendants, )
                              )
DISTRICT OF COLUMBIA, *et al.*, )
                              )
            District Defendants. )
_____)

**ORDER**

Upon consideration of Plaintiff's Consent Motion for Withdrawal Without Prejudice its Complaint For Declaratory Judgment, the consent of Defendants' counsel, and the entire record, it is this ____ day of November __, 2015, ORDERED that:

1) The Consent Motion is GRANTED; and

2) The Plaintiff's Complaint for Declaratory Judgment is withdrawn without prejudice.

_____

THE HONORABLE KETANJI BROWN JACKSON
United States District Court, District of Columbia